UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
Gregory Kyle Ring )
) CASE NO. 19-04855-JJG-7
)
Debtor. )

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND ABANDONMENT OF PROPERTY
## WITH 30-DAY WAIVER

The Creditor, JPMorgan Chase Bank, National Association (hereafter "Creditor"), hereby moves the Court, pursuant to 11 U.S.C. §362(d) and §554, to lift the automatic stay and abandon from the estate the following real property:

ALL THAT PARCEL OF LAND IN TOWNSHIP OF GUILFORD, HENDRICKS COUNTY, STATE OF INDIANA, AS DESCRIBED IN DEED INST # 200608248, ID# 32-16-20-480-011.000-011 AND ID# 006-320421-480011 BEING KNOWN AND DESIGNATED AS:
LOT NUMBER 173 IN THE COLONY AT HEARTLAND CROSSING, SECTION II, A SUBDIVISION IN HENDRICKS COUNTY, INDIANA, AS PER PLAT THEREOF, RECORDED MAY 12, 1998, AS INSTRUMENT NO. 9800011999, IN PLAT BOOK 1, PAGE 20, PAGE 1A, 1B AND 1C, IN THE OFFICE OF THE RECORDER OF HENDRICKS COUNTY, INDIANA.

10811 Walnut Grv., Camby, IN 46113 – referred to as the "Property".

In support of the motion, the Creditor states the following:

1. The Debtor filed a Chapter 7 case on July 1, 2019 – referred to as the "Petition Date."

2. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as "Exhibit A".

3. The above described Mortgage was given to secure a promissory note – referred to as the "Note" – dated May 7, 2013 and made payable to JPMorgan Chase Bank, N.A. in the original sum of $82,491.00, a copy of which is attached as Exhibit "B".

4. The Mortgagee perfected an interest in the Property, more particularly described in the Mortgage in the Office of the Recorder of Hendricks County, on May 22, 2013 as Instrument Number 201313772, evidence of perfection is attached within "Exhibit A".

5. Debtor has failed to tender payments owing under the Note and Mortgage for the months of May, 2019 through and including July, 2019 and as of July 9, 2019, the outstanding principal

of the Note was $73,400.46 and the outstanding interest was $879.00. A payment history is attached as Exhibit "C".

6. The Property is burdensome to the estate and is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay since the interest of the Creditor is not being adequately protected and per the terms of the Debtor's Chapter 7 Statement of Intention, the Debtors are surrendering their interest in the Property.

7. In the event the Creditor's Motion is granted, Creditor requests that the provisions of Bankruptcy Rule 4001(a)(3) be waived and said Order be immediately effective.

8. The Creditor hereby waives the right under 11 U.S.C. §362(e) to a hearing on this motion within thirty (30) days of the date it is filed.

10. Creditor also moves the Court for an Order terminating the pending automatic stay to allow Creditor to send to any party or parties who would have been subject to the automatic stay any and all notices required by applicable state and/or federal law or regulation.

11. Creditor further moves the Court to allow Creditor to take such actions with respect to the Real Estate as are provided for under applicable non-bankruptcy law, including but not limited to informing Debtor of any loan modification, short sale, or other loss mitigation options.

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and granting such other relief as appropriate.

Dated: 7-19-19

Fredric Lawrence, Attorney for Creditor
NELSON & FRANKENBERGER
550 Congressional Blvd., Suite 210
Carmel, Indiana 46032
Phone: 317/844-0106
Fax: 317/846-8782
E-mail: rick@nf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____7-19-19_____, a copy of the foregoing Motion for Relief from Stay and to Abandon was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

- Richard P. Batesky   ssharondove@aol.com
- Jenice Golson-Dunlap   jgolsondunlap@gmail.com, jgolsondunlap@gmail.com, trusteedunlap@aol.com, IN68@ecfcbis.com
- U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

I further certify that on \_\_\_\_\_7-19-19\_\_\_\_\_, a copy of the foregoing Motion for Relief from Stay and to Abandon was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Gregory Kyle Ring
816 Meadow Lane
Greenfield, IN 46140

Fredric Lawrence, Attorney for Creditor